UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI KINNEY,

      Plaintiff,

v.                                                 Case No. 1:19-cv-604
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED**.


Dated: September 21, 2020                                     /s/ Ray Kent
                                                                     United States Magistrate Judge